UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　*Plaintiff*<br><br>VS<br><br>LUIS RIVAS<br>　*Defendant* | §<br>§   CRIMINAL DOCKET 1:19-CR-781-PKC<br>§   **JUDGE Kevin Castel**<br>§<br>§<br>§<br>§ |

## ORDER

Defendant Luis Rivas (Rivas) has filed a motion to return his passport. Rivas has completed his sentence, and his case is completed. Therefore, Pretrial Services for the Southern District of New York is ordered to return Rivas's passport to Rivas.

Signed this 12th day of March, 2024.

_____
KEVIN CASTEL
UNITED STATES DISTRICT COURT JUDGE